**Order filed February 14, 2014.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-13-00730-CV

———————

**HUA XU, Appellant**

**V.**

**DAVID K. LAM, AKA KA PUN LAM, KA P. LAM, DAVID LAM, KAPUN LAM, INDIVIDUALLY AND JIA TIAN AKA ANGELA TIAN, Appellees**

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2010-79571**

## ORDER

The reporter's record in this case was due **September 17, 2013**. *See* Tex. R. App. P. 35.1. On **September 30, 2013**, this court ordered the court reporter to file the record within 30 days. The record was not filed. On **October 31, 2013** the court granted **Amanda King's** motion for extension of time to file the record until **November 17, 2013**. The record was not filed. On **December 13, 2013**, this court

again ordered the court reporter to file the record within 30 days. On **January 17, 2014** this court granted **Amanda King's** second motion for extension of time to file the record until **February 7, 2014, noting that no further extensions would be granted absent exceptional circumstances**. The record has not been filed with the court. Because the reporter's record has not been filed timely as ordered, we issue the following order.

We order **Amanda King,** the official court reporter, to file the record in this appeal on or before **March 3, 2014.** If the record is not filed as ordered, the court will consider ordering a hearing to determine the reason for the failure to file the record.

PER CURIAM